**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 14-6561**

─────────

JAMES MAGOLETTA GREEN,

    Plaintiff - Appellant,

  v.

CORRECTIONAL MEDICAL SERVICES, INCORPORATED,

    Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:13-cv-00691-JFM)

─────────

Submitted: August 21, 2014     Decided: August 26, 2014

─────────

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

James Magoletta Green, Appellant Pro Se. Jennifer E. Cameron, Michelle Jacquelyn Marzullo, Richard P. Seitz, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Magoletta Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. Corr. Med. Servs., Inc., No. 1:13-cv-00691-JFM (D. Md. Mar. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED